FILED
DECEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAVIN BURKE, | ) | **07 C 7207** |
| Plaintiff, | ) | |
| v. | ) | Case No.: |
| BARD ACCESS SYSTEMS, INC., a foreign corporation, | ) | |
| Defendant. | ) | **JUDGE NORDBERG**<br>**MAGISTRATE JUDGE SCHENKIER** |

## NOTICE OF FILING

TO: Markham M. Jeep, Markham M. Jeep & Associates, P.C., 450 N. Green Bay Road Waukegan, Illinois 60085

PLEASE TAKE NOTICE that on December 21, 2007, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois **Defendant's Notice of Removal, Appearances and Civil Cover Sheet,** copies of which are hereby served upon you.

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By: /s/ Kimberly A. Kayiwa
P. Mark Crane, Esq.
Kimberly A. Kayiwa, Esq.
233 S. Wacker Drive - Suite 5500
Chicago, Illinois 60606
***Attorneys for Bard Access Systems, Inc.***

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing document to be served upon:

Markham M. Jeep
MARKHAM M. JEEP & ASSOCIATES, P.C.
Attorneys for Plaintiff
450 N. Green Bay Road
Waukegan, IL 60085

via U.S. Mail on this 21st day of December, 2007.

/s/ Kimberly A. Kayiwa
Kimberly A. Kayiwa
P. Mark Crane, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive - Suite 5500
Chicago, Illinois 60606
***Attorneys for Bard Access Systems, Inc.***