UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAVIN BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 7207 |
| v. ) | Judge Nordberg |
| ) | Magistrate Judge Schenkier |
| BARD ACCESS SYSTEMS, INC., ) | |
| a foreign corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ELECTRONIC FILING

TO:   Markham M. Jeep, Markham M. Jeep & Associates, P.C., 450 N. Green Bay Road Waukegan, Illinois  60085

PLEASE TAKE NOTICE that on December 28, 2007, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois **Bard Access Systems, Inc.'s Answer to Plaintiff's Complaint at Law,** a copy of which is hereby served upon you.

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By: /s/ Kimberly A. Kayiwa
P. Mark Crane, Esq.
Kimberly A. Kayiwa, Esq.
233 S. Wacker Drive - Suite 5500
Chicago, Illinois  60606
*Attorneys for Bard Access Systems, Inc.*

## CERTIFICATE OF SERVICE

   The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing document to be served upon:

Markham M. Jeep
MARKHAM M. JEEP & ASSOCIATES, P.C.
Attorneys for Plaintiff
450 N. Green Bay Road
Waukegan, IL  60085

via U.S. Mail on this 28th day of December, 2007.

          /s/ Kimberly A. Kayiwa
          Kimberly A. Kayiwa
          P. Mark Crane, Esq.
          Segal McCambridge Singer & Mahoney, Ltd.
          233 S. Wacker Drive - Suite 5500
          Chicago, Illinois  60606
          ***Attorneys for Bard Access Systems, Inc.***