UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAVIN BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07 C 7207 |
| | ) Judge Nordberg |
| BARD ACCESS SYSTEMS, INC., | ) Magistrate Judge Schenkier |
| a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

*FILED FEB 12 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

### NOTICE OF FILING

TO:   P. Mark Crane
SEGAL, McCAMBRIDGE, SINGER & MAHONEY
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

PLEASE TAKE NOTICE that on February 6, 2008, we mailed for filing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following:

**Appearance of Plaintiff's Attorney**

a copy of which is attached hereto.

Markham M. Jeep & Associates, P.C.
450 N. Green Bay Road
Waukegan, Illinois 60085
847/360-3300

### AFFIDAVIT OF SERVICE

_Susan M. Gustafson_, being first duly sworn on oath, states that on _February 7, 2008_, I served this Notice by mailing a copy to each person to whom it is directed.

SUBSCRIBED AND SWORN to before me this 7th day of Feb, 20 08.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NANCY M WALTZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/21/08



## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:
GAVIN BURKE,
     Plaintiff,
     vs.                                           07 C 7207
BARD ACCESS SYSTEMS, INC.,
a foreign corporation,
     Defendant.

FEB 12 2008
FILED
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GAVIN BURKE, Plaintiff

| NAME (Type or print) |
| --- |
| Markham M. Jeep |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| **FIRM** |
| Markham M. Jeep & Associates, P.C. |
| **STREET ADDRESS** |
| 450 N. Green Bay Road |
| **CITY/STATE/ZIP** |
| Waukegan, IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 03125130 | (847) 360-3300 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | X | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐