IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GAVIN BURKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 07 C 7207** |
| **v.** | ) | **Judge Nordberg** |
| | ) | **Magistrate Judge Schenkier** |
| **BARD ACCESS SYSTEMS, INC.,** | ) | |
| **a foreign corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO COMPLETE PRELIMINARY PRETRIAL SCHEDULING ORDER**

NOW COME Plaintiff and Defendant, by counsel, and respectfully request that the time for completing the Preliminary Pretrial Scheduling Order in this matter be extended by 30 days, to April 18, 2008, and in support of said motion, state as follows:

1.     The initial status conference in this matter is scheduled for 2:30 p.m. on March 19, 2008.

2.     As required by Judge Nordberg's case management procedures, Plaintiff's counsel and Defendant's counsel have conferred in a preliminary conference, and have discussed the possibility of an early settlement.  Plaintiff's counsel has advised that if a settlement is not concluded, he will refer the case to a Chicago attorney for handling since the case has now been removed to Federal Court (from the Circuit Court of Lake County, Illinois).

3.     Because this case is expected to either be settled or transferred to another attorney for handling on behalf of the Plaintiff, it would not be practical or appropriate to formulate a proposed preliminary pretrial scheduling order at this time.  Assuming the case is not settled, the attorney who will handle this case on behalf of Plaintiff and serve as trial counsel in this matter will need to participate in the preparation of the preliminary pretrial scheduling order.

4.     A short extension of time for preparation of the preliminary pretrial scheduling order and continuance of the initial status conference will not prejudice either party or unduly delay the disposition of this case.

WHEREFORE, Plaintiff and Defendant respectfully request that the deadline for completion of the preliminary pretrial scheduling order be extended by at least 30 days, to April 18, 2008 and that the initial status conference be rescheduled accordingly.


Respectfully submitted,


/s/MJeep
Markham M. Jeep, Esq.
Attorney for Plaintiff
Markham M. Jeep & Associates, P.C.
450 Green Bay Road
Waukegan, IL  60085
Phone: (847) 360-3300
Fax:    (847) 360-3303

/s/PMCrane
P. Mark Crane, Esq.
Kimberly Kayiwa, Esq.
Attorneys for Defendant
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower – Suite 5500
233 S. Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 645-7800
Fax: (312) 645-7711