UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAVIN BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7207 |
| v. | ) | Judge Nordberg |
| | ) | Magistrate Judge Schenkier |
| BARD ACCESS SYSTEMS, INC., | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Markham M. Jeep, Markham M. Jeep & Associates, P.C., 450 N. Green Bay Road Waukegan, Illinois  60085

YOU ARE HEREBY NOTIFIED that on **Wednesday, March 19, 2008 at 2:30 p.m.**, or as soon thereafter as may be heard, we shall appear before the Honorable Judge Nordberg in Room 1801 occupied at the Dirksen Federal Courthouse located at 219 S. Dearborn Street, and then and there present **Agreed Motion for Extension of Time to Complete Preliminary Pretrial Scheduling Order,** a copy of which is attached hereto.

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

/s/PMCrane_____
P. Mark Crane, Esq.
Kimberly Kayiwa, Esq.
Attorneys for Defendant
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower – Suite 5500
233 S. Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 645-7800
Fax:  (312) 645-7711